TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-03-00649-CR







Edward Dwayne Doyle, Appellant



v.



The State of Texas, Appellee







FROM THE DISTRICT COURT OF CALDWELL COUNTY, 274TH DISTRICT COURT


NO. 2001-172, HONORABLE JACK H. ROBISON, JUDGE PRESIDING






O R D E R


PER CURIAM

Appellant's second motion for extension of time to file brief is granted. Appellant's
counsel, Mr. Alexander L. Calhoun, is ordered to tender a brief in this cause no later than April 8,
2004. No further extension of time will be granted.

It is ordered March 11, 2004.


Before Justices Kidd, B. A. Smith and Pemberton

Do Not Publish